UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PROVOKE INSIGHTS, LLC,

                           Plaintiff,

                   -against-

THE HOLMES REPORT LLC,

                          Defendant.
------------------------------------------------------------X

20 Civ. 10904 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, this Court's Order, dated January 7, 2021, required the parties to file a proposed joint letter and case management plan by February 25, 2021. Dkt. No. 9.

    WHEREAS, the parties failed to file the joint letter or proposed case management plan.

    WHEREAS, on January 14, 2021, Plaintiff filed a waiver of service signed by Defendant's counsel. Dkt. No. 10. It is hereby

    **ORDERED** that, if Plaintiff has been in communication with Defendant, then the parties shall file the joint letter and proposed case management plan by **March 1, 2021**. If Plaintiff has not been in communication with Defendant, by **March 1, 2021**, Plaintiff shall file a letter requesting adjournment of the initial conference.

Dated: February 26, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE