UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
PROVOKE INSIGHTS, LLC,
                             Plaintiff,

                      -against-                     20 Civ. 10 (LGS)

                                          ORDER
THE HOLMES REPORT, LLC,
                             Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for March 11, 2021. Dkt No. 14.

      WHEREAS, on March 4, 2021, Plaintiff filed a letter seeking adjournment of the initial pretrial conference.

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  *See* Dkt. Nos. 16 and 18.

      WHEREAS, the parties' proposed case management plan states that "[a]ll parties consent . . . to conducting all further proceedings before a United States Magistrate Judge, including motions and trial."  Dkt. No. 16.  It is hereby

      **ORDERED** that, the March 11, 2021, initial pretrial conference is **CANCELLED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  It is further

      **ORDERED** that, by **March 11, 2021**, the parties shall file a signed version of the attached form AO 85, Notice, Consent and Reference of a Civil Action to a Magistrate Judge.

      The Clerk of Court is respectfully directed to close the motion at Docket No. 19.

Dated: March 5, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE

AO 85 (Rev. 01/09)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| _____ ) | |
| *Defendant* ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                                        _____
                                                                                                *District Judge's signature*

                                                                                                _____
                                                                                                *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.