USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROVOKE INSIGHTS, LLC,

      Plaintiff,

  -against-

THE HOLMES REPORT LLC,

      Defendant.

20-CV-10904 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The parties have consented to the jurisdiction of the assigned magistrate judge for all further proceedings in this action pursuant to 28 U.S.C. § 636(c). All motions and applications must be made in compliance with Magistrate Judge Barbara Moses's Individual Practices in Civil Cases and Emergency Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    The Court will conduct a status conference on **April 20, 2021, at 11:00 a.m.** No later than **April 13, 2021**, the parties shall submit a joint status letter, advising the Court as to the progress of discovery to date and whether the parties believe a judicially-supervised settlement conference would be productive, including whether the parties would prefer another magistrate judge conduct the settlement conference.

    Parties and counsel are further cautioned:

    1.    All discovery must be initiated in time to be concluded by the close of discovery set by the Court.

    2.    Discovery applications, including letter-motions requesting discovery conferences, must be made promptly after the need for such an application arises and must comply with Local Civil Rule 37.2 and Part II.B of Judge Moses's Individual Practices. It is the Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties'

letters, unless a party requests or the Court requires more formal briefing. Absent extraordinary circumstances, discovery applications made later than 30 days prior to the close of discovery may be denied as untimely.

3. For motions other than discovery motions, pre-motion conferences are not required, but may be requested where counsel believe that an informal conference with the Court may obviate the need for a motion or narrow the issues.

4. Requests to adjourn a court conference or other court proceeding (including a telephonic court conference) or to extend a deadline must be made in writing and in compliance with Part II.A of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

5. In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments.

6. If you are aware of any party or attorney who should receive notice in this action, other than those currently listed on the docket sheet, please notify Courtroom Deputy Kevin Snell at (212) 805-0228 immediately.

7. Counsel for the plaintiff must serve a copy of this Order on any defendant previously served with the summons and complaint, must serve this Order along with the summons and complaint on all defendants served hereafter, and must file proof of such service with the Court.

Dated: New York, New York
      March 15, 2021

                                **SO ORDERED**.

                                _____
                                **BARBARA MOSES**
                                **United States Magistrate Judge**